UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CROAKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. ARIAS, et. al., <br><br> Defendants. | NO. CV 15-1237-AG (AS) <br><br><br> **ORDER ACCEPTING FINDINGS,** <br> **CONCLUSIONS AND RECOMMENDATIONS OF** <br> **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

//

//

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 30, 2015.

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE