**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LESLIE CROAKER JR., | ) | NO. CV 15-1237-AG (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J. ARIAS, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

    DATED: September 30, 2015.

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE